Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–17161–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nazir Baksh
   dba Nazir Wholesale Supplies, dba
   N.Wholesale Delivery &Shipping, INc.,
   dba N.Wholesale Delivery, Inc.
   61 Jersey Avenue, Apt. 2
   New Brunswick, NJ 08901

Social Security No.:
   xxx–xx–4473

Employer's Tax I.D. No.:

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Barry Frost is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 18, 2014</u>
                                   <u>Michael B. Kaplan</u>
                                   Judge, United States Bankruptcy Court